1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | Case No.: CV12-04903 MMC |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER OF DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT MELANIE SCHWEYER PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE*** |
| v. | |
| MELANIE SCHWEYER, an Individual, BRANDON SCHWEYER, an Individual, and DOES 1-10, Inclusive, | |
| Defendants. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      Having considered the parties' Stipulation of Dismissal of the entire action as to

2   Defendant MELANIE SCHWEYER pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of*

3   *Civil Procedure*, the Court hereby orders that this action be dismissed in its entirety as to

4   Defendant MELANIE SCHWEYER, with each party to bear its/his/her own attorneys' fees and

5   costs.

6      IT IS SO ORDERED, ADJUDICATED and DECREED this ___12___ day of

7   December____, 2012.

8

9                                    _____

10                                   HON. MAXINE M. CHESNEY
                                     United States District Judge
11                                   Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28