UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MELANIE SCHWEYER, an Individual, BRANDON SCHWEYER, an Individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-04903 MMC<br><br>[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANT BRANDON SCHWEYER |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), between Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), on the one hand, and Defendants MELANIE SCHWEYER and BRANDON SCHWEYER (collectively "Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant BRANDON SCHWEYER ("Defendant") as follows:

1.     **PERMANENT INJUNCTION.** Defendant and any person or entity acting in concert with, or at his direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control,

1  are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or

2  indirectly, or authorizing or assisting any third party to engage in, any of the following activities

3  in the United States and throughout the world:

4          a.      importing, exporting, marketing, selling, offering for sale, distributing or

5  dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's

6  Trademarks and Copyrights, including but not limited to ADOBE® ACROBAT® marks and

7  works, and/or any Intellectual Property that is confusingly or substantially similar to, or that

8  constitutes a colorable imitation of, any of Plaintiff's Trademarks and Copyrights, whether such

9  use is as, on, in or in connection with any trademark, service mark, trade name, logo, design,

10  Internet use, website, domain name, metatags, advertising, promotions, solicitations,

11  commercial exploitation, television, web-based or any other program, or any product or service,

12  or otherwise;

13          b.      performing or allowing others employed by or representing him, or under

14  his control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's

15  Trademarks and Copyrights, including but not limited to ADOBE® ACROBAT® marks and

16  works, and/or Plaintiff's business reputation or goodwill, including making disparaging,

17  negative, or critical comments regarding Plaintiff or its products;

18          c.      engaging in any acts of federal and/or state trademark infringement, false

19  designation of origin, unfair competition, dilution, federal copyright infringement, or other act

20  which would tend damage or injure Plaintiff; and/or

21          d.      using any Internet domain name or website that includes any of Plaintiff's

22  Trademarks and Copyrights, including the ADOBE® ACROBAT® marks and works.

23      2.      Defendant is ordered to deliver immediately for destruction all unauthorized

24  products, including counterfeit ADOBE® ACROBAT® software products and related products,

25  labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his

26  possession or under his control bearing any of Plaintiff's intellectual property or any simulation,

27  reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these

28  items are in Defendant's possession.

**[PROPOSED] PERMANENT INJUNCTION**

3.      This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court, and the case shall be dismissed in its entirety upon entry of this Permanent Injunction

4.      The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

5.      Defendants will be making agreed-upon payments to Plaintiff, as more particularly described in a separate Confidential Settlement Agreement.

6.      **NO APPEALS AND CONTINUING JURISDICTION.**  No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

7.      **NO FEES AND COSTS.**  Each party shall bear its/his/her own attorneys' fees and costs incurred in this matter.


        IT IS SO ORDERED, ADJUDICATED and DECREED this __12__ day of December ____, 2012.


                                        _____
                                        HON. MAXINE M. CHESNEY
                                        United States District Judge
                                        Northern District of California

[PROPOSED] PERMANENT INJUNCTION