1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MELANIE SCHWEYER, an Individual, BRANDON SCHWEYER, an Individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-04903 MMC<br><br>[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT MELANIE SCHWEYER PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE* |

Having considered the parties' Stipulation of Dismissal of the entire action as to Defendant MELANIE SCHWEYER pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the Court hereby orders that this action be dismissed in its entirety as to Defendant MELANIE SCHWEYER, with each party to bear its/his/her own attorneys' fees and costs.

IT IS SO ORDERED, ADJUDICATED and DECREED this __12__ day of __December__, 2012.

*[signature]*
HON. MAXINE M. CHESNEY
United States District Judge
Northern District of California